**FILED**
**U.S. District Court**
**District of Kansas**
05/22/2026
**Clerk, U.S. District Court**
**By:** SND **Deputy Clerk**

# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**CESAR AUGUSTO CASTILLO RUIZ,**

**Petitioner,**

**v.** **Case No. 26-3064-JWL**

**C. CARTER, TODD LYHONS, KRISTI NOEM,**
**and PAM BONDI,**

**Respondents.**

## JUDGMENT IN A CIVIL CASE

( ) **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(x) **DECISION BY THE COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for habeas corpus pursuant to 28 U.S.C. § 2241 is denied.

Entered on the docket 05/22/26

**Dated: May 22, 2026**

**SKYLER B. O'HARA**
**CLERK OF THE DISTRICT COURT**

**s/S. Nielsen-Davis**
**Deputy Clerk**